# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christy Basdeo,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Synchrony Bank d/b/a American Eagle, and Trans Union, LLC.<br><br>　　　　　　　　Defendants. | Case No. 7:20-cv-09884<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT SYNCHRONY BANK ONLY** |

　　　　Plaintiff Christy Basdeo, by counsel, and Defendant Synchrony Bank d/b/a American Eagle, by counsel, having filed their Stipulation Of Dismissal Without Prejudice Between Plaintiff And Defendant Synchrony Bank d/b/a American Eagle, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

　　　　IT IS, THEREFORE, ORDERED that all claims of Plaintiff Christy Basdeo against Defendant Synchrony Bank d/b/a American Eagle are dismissed, without prejudice. Plaintiff Christy Basdeo and Synchrony Bank d/b/a American Eagle shall each bear their own costs and attorneys' fees.

Date: _January 27, 2021_　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　Philip M. Halpern
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -