# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Christy Basdeo,<br><br>                    Plaintiff,<br><br>– against–<br><br>Synchrony Bank d/b/a American Eagle and Trans Union, LLC,<br><br>                    Defendant(s). | Case No. 7:20-cv-09884<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Christy Basdeo, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Christy Basdeo against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Christy Basdeo and Trans Union, LLC shall each bear their own costs and attorneys' fees.

Given that Plaintiff's claims against all Defendants have been dismissed, the Clerk is directed to terminate this action.

SO ORDERED.

_____
Philip M. Halpern, U.S.D.J.

Dated: New York, NY
         January 29, 2021